# United States District Court
## District of North Dakota
## Northeastern Division



UNITED STATES OF AMERICA
v.
**Michael Thomas Yach**

JUDGMENT IN A CRIMINAL CASE

Case Number: **2:05CR122**

USM Number:

Robert Light, Fargo, ND
Defendant's Attorney

**THE DEFENDANT:**

pleaded guilty to count 1 _of the Information_.

Accordingly, the defendant is adjudged guilty of such count, which involves the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8:1325(a)(1) and 18:2 | Improper Entry by an alien and Aiding & Abetting | 3/3/2005 | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence i pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $10, for count 1,  which shall be due immediately.  Said special assessment shall be made to the Clerk, U.S. District Court, Quentin N. Burdick, U.S. Courthouse, 655 1st Avenue North, Suite 130, Fargo, North Dakota.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this dis days of any change of name, residence, or mailing address until all fines, restitution, costs, and specia imposed by this judgment are fully paid.

December 1, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

ALICE R. SENECHAL, U. S. Magistrate Judge
Name & Title of Judicial Officer

12/8/2005
Date

AO 245B (Rev. 8/96) Sheet 4 - Probation

CASE NUMBER:      2:05CR121                                                                Judgment - Page 2 of 3
DEFENDANT:              Michael Thomas Yach

# PROBATION

The defendant is hereby place on probation for a term of  12 MONTHS  .

The defendant must report to the probation office in the district to which the defendant is released within 72 ho from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawf controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment periodic drug tests thereafter, as directed by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

[ ]     The above drug testing condition is suspended based on the court's determination that the
        defendant poses a low risk of future substance abuse.  (Check if applicable.)

The defendant has been convicted of an offense listed in the DNA Analysis Backlog Elimination Act of 2000 or th Act of 2004.  These acts require the defendant to cooperate in the collection of DNA as directed by the probation

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant pay in the Schedule of Payments set forth in the Criminal Monetary Penalties page of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report w days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the prob
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooli other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or narcotic or other controlled substance, or any paraphernalia related to such substances;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or a
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforceme without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned k defendant's criminal record or personal history or characteristics, and shall permit the probation officer to m notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 4 - Probation

CASE NUMBER:    2:05CR121                                              Judgment - Page 3  of 3
DEFENDANT:              Michael Thomas Yach

# SPECIAL CONDITIONS OF SUPERVISION

1. Defendant is required to participate in mental health counseling as approved by the supervising probation officer.

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke su extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of t

(Signed) _____      _____
         Defendant                                    Date


         _____      _____
         U.S. Probation Officer/Designated Witness            Date